**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
MIGUEL HERNANDEZ

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL HERNANDEZ,<br><br>         Plaintiff,<br><br>    vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION; CANYON CENTER II, INC.; and DOES 1 to 10,<br><br>         Defendants. | **Case No.: 2:20-cv-07124 PSG (JCx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

   **PLEASE TAKE NOTICE** that MIGUEL HERNANDEZ

("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby

voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil

Procedure Rule 41(a)(1) which provides in relevant part:

   (a) **Voluntary Dismissal.**

         (1)    *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66

                and any applicable federal statute, the plaintiff may dismiss an action

                without a court order by filing:

1

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

1                (i)     A notice of dismissal before the opposing party serves either an

2    answer or a motion for summary judgment.

3    None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for

4    summary judgment.  Accordingly, this matter may be dismissed without an Order of the

5    Court.

6

7    DATED:  October 5, 2020     SO. CAL. EQUAL ACCESS GROUP

8

9                         By:    */s/   Jason J. Kim*

10                              Jason J. Kim, Esq.

11                              Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**